**Donald ALEXANDER, Petitioner–
Appellant,**

v.

**ATTORNEY GENERAL FOR THE STATE OF MARYLAND; D. Kenneth Horning, Respondents–Appellees,**

**and**

**Joseph P. Sacchet, Defendant.**

**No. 02–6113.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 14, 2002.

Decided March 26, 2002.

Donald Alexander, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Celia Anderson Davis, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald Alexander seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Alexander v. Attorney Gen.*, No. CA–01–821–PJM (D.Md. Jan. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*